AO 91 (Rev. 02/09) Criminal Complaint

United States Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Southern District of Texas
FILED

*May 18, 2019*

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America )<br>v. )<br>Silber VAZQUEZ-Mireles )<br>COB: MX )<br>YOB: 1987 )<br>*Defendant* | Case No. M-19-1152-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of ~~10/20/2018~~ 05/17/2019 in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___ , the defendant violated ___8___ U. S. C. § ___1324___ , an offense described as follows:

Knowingly and in reckless disregard of the fact that aliens who had entered the United States in violation of law, did enter into conspiracy with others unknown to harbor or shields from detection, or attempts, to conceal, harbor, or shield from detection, such aliens in any place, including any buidling or any means of transportation.

This criminal complaint is based on these facts:
I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on

See Attachment "A"

☑ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to teleponically per Fed. R. Cr.P. 4.1, and probable cause found on:

/S/ Fatima Alkhatib
*Complainant's signature*

Fatima Alkhatib, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means.

PC found @ 3:32 PM

Date: 05/18/2019

City and state: McAllen, Texas

*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

"Attachment A"

On May 17, 2019, Homeland Security Investigations McAllen, Texas Office (HSI McAllen) received information that undocumented aliens (UDAs) were being harbored at a residence located at 2116 Jay Avenue in McAllen, Texas. HSI McAllen Special Agents (SAs) and McAllen Police Department (PD) Officers approached the residence and knocked on the front door. A male, later identified as Silber VAZQUEZ Mireles, answered the door. VAZQUEZ identified himself as the person renting and living in the residence. VAZQUEZ was informed that information was received that UDAs were being harbored in his residence. VAZQUEZ gave written and verbal consent to a search of his residence. HSI McAllen SAs along with HSI McAllen Task Force Officers (TFOs), U.S. Customs and Border Protection Office of Border Patrol (CBP OBP) Agents and McAllen PD Officers searched the residence and encountered two UDAs. VAZQUEZ admitted to also being a UDA with prior removals from the U.S. VAZQUEZ and the two UDAs were transported to the Weslaco Border Patrol (BP) Station for interviews and processing.

On May 17, 2019 HSI Special Agents (SAs) Fatima Alkhatib, Shane Petrosky and BP Agent (BPA) Juan Alvarado arrived at the Weslaco BP Station to interview VAZQUEZ. VAZQUEZ was read his Miranda Rights from a pre-printed form in Spanish by SA Alkhatib and witnessed by SA Petrosky. VAZQUEZ voluntarily waived his rights and agreed to provide agents with a statement.

During a post Miranda interview, VAZQUEZ stated that he was contacted by an unidentified male and asked to pick up UDAs from a residence in San Juan, Texas. VAZQUEZ admitted he would be paid an unknown amount for transporting the UDAs. VAZQUEZ admitted to picking up the two UDAs from San Juan, Texas and transporting them to his home in McAllen, Texas. VAZQUEZ stated that he was currently out of work and felt it would be an easy way to make money.

On May 17, 2019, SA Alkhatib, SA Petrosky and BPA Alvarado conducted an interview of Joel Landez-Sandoval, one of the two UDAs apprehended with VAZQUEZ and held him as a material witness. Landez-Sandoval stated that he was a foreign national, namely a citizen of Mexico with no legal status to be in the United States, and that he had arranged to be smuggled illegally into the United States. Landez-Sandoval's family in the U.S. had made smuggling arrangements and paid an unknown smuggling fee to smugglers in the U.S. Landez-Sandoval was shown photo line-ups containing photos of VAZQUEZ. Landez-Sandoval identified VAZQUEZ as the driver who transported them to 2116 Jay Avenue McAllen, Texas.

On May 17, 2019, SA Alkhatib, SA Petrosky and BPA Alvarado conducted an interview of Isidro Landez-Mimiaga, one of the two UDAs apprehended with VAZQUEZ and held him as a material witness. Landez-Mimiaga stated that he was a foreign national, namely a citizen of Mexico with no legal status to be in the United States, and that he had arranged to be smuggled illegally into the United States. Landez-Mimiaga's family in the U.S. had made smuggling arrangements and paid an unknown smuggling fee to smugglers in the U.S. Landez-Mimiaga was shown photo line-ups containing photos of VAZQUEZ.

Landez-Mimiaga identified VAZQUEZ as the driver who transported them to 2116 Jay Avenue McAllen, Texas.